CLerk of the Court of Criminal Appeals
P.O. Box 12308, Capitol Station,
Austin, Texas 78711

December 30, 2014

RE: PD-0113-14; 05-12-00577-CR
    Garry Dean Stroner v. State

Dear Clerk of the Court,

    I am writing you to request for the date that my Petition for discretionary review was refused.
    Please provide the date of the ruling on the cause number above. Thank you for all your help and time within this matter!

Respectfully,

Garry D. Stroner
#01777671-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884

CC: file.

RECEIVED
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk